**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**STEWART YOUNGER,**

           **Plaintiff,**

**-vs-**                                            Case No. 6:08-cv-1671-Orl-31DAB

**ACCENT AMERICAN STAFF SERVICES,**
**INC., STEPHEN L. HOLE,**

           **Defendants.**
_____

# ORDER

This cause comes before the Court on Joint Motion to Approve Settlement Agreement and Dismiss the Case (Doc. No. 30) filed April 22, 2009.

On June 4, 2009, the United States Magistrate Judge issued a report (Doc. No. 35) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Joint Motion to Approve Settlement Agreement and Dismiss the Case is GRANTED. The settlement is approved as a "fair and reasonable resolution of a bona fide dispute."

3. Defendants shall pay the Plaintiff $8,000.00 which includes $5,000.00 in unpaid wages, $2,550.00 in attorney's fees and $450.00 in costs.

4. The case is **DISMISSED** with prejudice. The Court will not reserve jurisdiction to enforce a settlement agreement. The clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 24th day of June, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE